# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1418**　　　　　　　　　　　　　　　**September Term, 2015**

**EPA-80FR64662**

**Filed On: November 18, 2015** [1584089]

LG&E and KU Energy LLC,

　　　　Petitioner

　v.

Environmental Protection Agency,

　　　　Respondent

------------------------------

Consolidated with 15-1363

## N O T I C E

　　This case was docketed on November 16, 2015. The Environmental Protection Agency is hereby notified that the attached is a true copy of the petition for review, which was filed on November 16, 2015, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

　　The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Mayra L. Gallo
　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachment:
　　Certified Copy of Petition for Review